# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151766

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROYALE GOLD RUNYON,
      Defendant-Appellant.

_____/

SC: 151766
COA: 318966
Kent CC: 13-000681-FC

On order of the Court, the application for leave to appeal the April 23, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



d0620

Clerk